United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Filomena K. Garcia, Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 21-24063-Civ-Scola |
| | ) |
| Mount Sanai Medical Centers and others, Defendants. | ) |

### Order of Dismissal Without Prejudice

Previously the Court ordered Plaintiff Filomena K. Garcia, proceeding pro se, to file an amended complaint because her initial complaint failed to allege a basis for the Court's jurisdiction. (ECF Nos. 5.) In doing so, the Court warned Garcia that if she failed to provide facts establishing jurisdiction, her case could be dismissed. (*Id.*) While Garcia has timely filed a document captioned, "Notice of Amended Complaint," she has once again failed to set forth facts establishing the Court's jurisdiction. Instead, she recites only that she is a United States citizen and that the Defendant medical providers, variously, "exist[] in other states"; and are "license[d] and practice[] in . . . Texas." (Not. of Am. Compl., ECF No. 6.) On the other hand, Garcia affirmatively identifies all three Defendants as having addresses in Florida. (*E.g.*, Not. at 2–6.) Further, Garcia herself has previously indicated that she too resides in Florida. (*E.g.*, Summonses, ECF No. 4; Cov. Sheet, ECF No. 1-2.) Therefore, not only has Garcia failed to adequately allege that the parties are diverse, but, it appears, it is quite possible the parties are not, in fact, diverse.

Accordingly, the Court **dismisses** this case **without prejudice** because it would appear the Court's jurisdiction is lacking. As a result, the Court directs the Clerk to **close** this case. On the other hand, if Garcia believes she can allege diversity jurisdiction, or some other basis for the Court's jurisdiction, in good faith, she may file a second amended complaint **on or before December 20, 2021**. Should Garcia sufficiently allege the Court's jurisdiction by that date, the Court will reopen this case. The Court also advises Garcia that if she cannot allege diversity jurisdiction, she can elect to proceed in state, rather than federal, court, where there is no need to establish diversity jurisdiction.

**Done and ordered** in Miami, Florida, on December 8, 2021.

_____
Robert N. Scola, Jr.
United States District Judge