United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Filomena K. Garcia, Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 21-24063-Civ-Scola |
| | ) |
| Mount Sanai Medical Centers and others, Defendants. | ) |

### Order Regarding Lack of Jurisdiction

    Previously the Court ordered Plaintiff Filomena K. Garcia, proceeding pro se, to file an amended complaint because her initial complaint failed to allege a basis for the Court's jurisdiction. (ECF Nos. 5.) In doing so, the Court warned Garcia that if she failed to provide facts establishing jurisdiction, her case could be dismissed. (*Id.*) While Garcia timely filed a document captioned, "Notice of Amended Complaint," she again failed to set forth facts establishing the Court's jurisdiction. Accordingly, the Court dismissed Garcia's case, without prejudice, affording her the opportunity, however, to file a second amended complaint, by December 20, if she believed she could, in good faith, allege the Court's jurisdiction.

    While Garcia has timely complied, she has, nonetheless, once again failed to set forth facts establishing the Court's jurisdiction. Instead, she has filed a document, captioned, "Notice of Second Amended Complaint," that simply lists a number of federal statutes—the Americans with Disabilities Act, the Civil Rights Act of 1964; the Voting Rights Act; the Fair Housing Act—and maintains the "treatment of this 83 year old, disabled Plaintiff warrants a federal approach." (2nd Am. Compl., ECF No. 8, 1.) She then, again, points to assault, negligence, and malpractice as the causes of action forming the basis of her complaint. (*Id.* at 3.) For the third time, then, Garcia has failed to establish the Court's jurisdiction. Consequently, Garcia's case **remains closed**, with her case dismissed, without prejudice, but **without leave for further amendments** in this case.

    The Court again advises Garcia that if she cannot allege federal jurisdiction, she can elect to proceed in state, rather than federal, court.

    **Done and ordered** in Miami, Florida, on December 27, 2021.

_____
Robert N. Scola, Jr.
United States District Judge